IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RONALD H. BURRIDGE, )
)
        Plaintiff, )
)
        v. ) 1:04CV301
)
JO ANNE B. BARNHART, )
Commissioner of Social )
Security Administration, )

    This the day of July 26, 2005

                              /s/ N. Carlton Tilley, Jr.
                           United States District Judge
                        )
    Defendant. )

## J U D G M E N T

For the reasons set out in an Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for summary judgment (docket no. 11) is denied, that defendant's motion for judgment on the pleadings (docket no. 13) is granted, and that this action be, and the same hereby is, dismissed.

This the day of July 26, 2005

                              /s/ N. Carlton Tilley, Jr.
                           United States District Judge